```
 1 | A. Cisneros
   | Email: amctrustee@mclaw.org
 2 | 3403 Tenth Street, Suite 711
   | Riverside, CA 92501
 3 | Telephone:   (951) 328-3124
   | Telecopier:  (951) 682-9707
 4 |
 5 | Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re | ) Case No. 6:08-25941 CB |
|---|---|
| MATRIX STONE PRODUCTS, INC., | ) Chapter 7 |
|  | ) NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011 |
| Debtor. |  |
|  | ) [No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 1030 in the amount of $14.71[1] representing the total amount of unclaimed dividends in the above-entitled Debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: August 9, 2011        A. CISNEROS, Chapter 7 Trustee

---

[1] Funds forwarded directly to the Fiscal Section of the United States Bankruptcy Court, Los Angeles. See copy attached.

T:\TCMSWIN\DOCMAN\MATRIX STONE PRODUCTS [6_08-25941]\3011 Report.DOC

**MATRIX STONE PRODUCTS, INC.**
**6:08-25941 CB**

## UNCLAIMED DIVIDENDS

| NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | PROPOSED DISTRIBUTION AMOUNT |
|---|---|---|
| RANCHO DISPOSAL SERVICES INC.<br>PO BOX 6766<br>BUENA PARK, CA  90622-6766 | $185.04 | $14.71 |
| TOTAL | $185.04 | $14.71 |

T:\TCMSWIN\DOCMAN\MATRIX STONE PRODUCTS [6_08-25941]\3011 Report.DOC

| | | |
|---|---|---|
| A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 | BANK OF AMERICA, N.A.<br>CUSTOMER CONNECTION<br>Unclaimed Dividends | CHECK NUMBER<br>**1030** |

| DATE | AMOUNT |
|---|---|
| 08/09/11 | **********14.71 |

| CASE NUMBER | DEBTOR |
|---|---|
| 6:08-25941    CB | MATRIX STONE PRODUCTS |

**PAY TO THE ORDER OF**

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

*Fourteen Dollars And 71/100*

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈0010030⑈ ⑆111000012⑆ 4429402175⑈

---

| Date: 08/09/11 | Check Number: 1030 | Amount: 14.71 |
|---|---|---|

Debtor Name: MATRIX STONE PRODUCTS
Case Number: 6:08-25941    CB

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:    Unclaimed Dividends

Bank Account Number:   4429402175

---

| Date: 08/09/11 | Check Number: 1030 | Amount: 14.71 |
|---|---|---|

Debtor Name: MATRIX STONE PRODUCTS
Case Number: 6:08-25941    CB

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:    Unclaimed Dividends

Bank Account Number:   4429402175

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

A true and correct copy of the foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 9, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
Yoon O Ham    hamy@lewishamlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 9, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Fiscal Department (Via U.S. Mail):** U.S. Bankruptcy Court, Edward R. Roybal Fed Bldg, Fiscal Dept, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 9, 2011** | **Breanna Rondilone** | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                        **F 9013-3.1.PROOF.SERVICE**